IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REGINALD CLAY,

    Plaintiff,

v.                                                    4:18cv20–WS/MJF

TAMMY WILLIAMS and
SHANE GILBERT,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 26) docketed June 10, 2019. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and to comply with orders of the court. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 26) is

adopted and incorporated by reference in this order of the court.

2. The plaintiff's amended complaint and this action are hereby DISMISSED without prejudice for failure to prosecute and to comply with orders of the court.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   10th   day of   July  , 2019.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE